AL RAINO, Respondent, v. DOMINICK C. VALARDO, Appellant.
BETTY McCULLOUGH, Respondent, v. DOMINICK C. VALARDO, Appellant.
AMBROSE CURLEY, Respondent, v. DOMINICK C. VALARDO, Appellant.
WILLIAM CURLEY, Respondent, v. DOMINICK C. VALARDO, Appellant.

PER CURIAM. The summons was served April 5, 1928. There was no extension of time to serve the complaint and no attempt to serve until January 11, 1929. At that time defendant refused to accept service. On the record here to delay application for leave to serve the complaint until October 19, 1929, was inexcusable. The order should not have been granted. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur. Order reversed, on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

PERLEY SMITH and Another, as Administrators, etc., of FRANCIS EDWIN SMITH, Deceased, Appellants, v. R. WILBER FOOTE, Respondent.

PER CURIAM. The judgment and order should be reversed because of error in a ruling on evidence and because the verdict was inadequate. The action is for negligence and was brought to recover damages for the death of a boy, three and one-half years old and in good health. The court ruled that the financial condition of the next of kin was not an element for consideration on the question of damages. Properly proved and under certain conditions, the financial condition of the next of kin may be shown. (*Lockwood* v. *N. Y., L. E. & W. R. R. Co.*, 98 N. Y., 523, 526; *Frank* v. *Otis*, 15 N. Y. St. Repr. 681; affd., 113 N. Y. 654; *Fowler* v. *Buffalo Furnace Co.*, 41 App. Div. 84, 88; *Pressman* v. *Mooney*, 5 id. 121; 17 C. J. 1330.) The verdict was for $208, the stipulated amount of the funeral expenses. Nothing further was allowed for the pecuniary loss caused by the death of the infant. Under the verdict, that loss was limited to the cost of those expenses. Without the erroneous ruling, the verdict might have been larger. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur. Judgment and order reversed on the law and facts and new trial granted, with costs to the appellants to abide the event.